# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 1:07-CV-70** |
| | § | |
| **$13,118.00 CURRENCY AND/OR** | § | |
| **COIN, more or less, with all** | § | |
| **accumulated interest thereon** | § | |

## ORDER ADOPTING
## <u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order entered April 13, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the motion for settlement and motion for entry of consent judgment.

The magistrate judge's report is hereby **ADOPTED**. The motions for Settlement and for Entry of Consent Judgment are **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **28** day of **June, 2007.**

_____
Ron Clark, United States District Judge